HANSON, Respondent, v. HANSON, Appellant. (Supreme Court, Appellate Division, Third Department, May 6, 1908.) In the matter of the accounting of Helen J. Hanson, as committee of the person and estate of Henry B. Hanson, an incompetent person. Proceeding by said committee against Walter H. Hanson.

PER CURIAM. Order, so far as appealed from, unanimously affirmed, without costs.

KELLOGG, J., not sitting.

HANSON, Respondent, v. KELLOGG, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Harry Hanson against Morris W. Kellogg, impleaded.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., dissents.

HAPGOODS v. CRAWFORD. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Hapgoods against J. L. Crawford. No opinion. Motion granted. Settle order on notice.

In re HARDENBROOK. (Supreme Court, Appellate Division, First Department. May 1, 1908.) In the matter of Frank M. Hardenbrook. No opinion. Reference ordered. Settle order on notice.

HARDING, Appellant, v. CHURCHMAN, Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Edward Harding, as assignee, against Katherine M. Churchman. D. Campbell, for appellant. A. S. Hamlin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HARKOW, Appellant, v. FLATTO, Respondent, et al. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Joseph H. Harkow against Tessie Flatto and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

HARRIS, Respondent, v. WELLS, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Joseph Harris, as trustee, against Arthur Wells, J. J. Myers, for appellant. L. A. Tanzer for respondent. No opinion. Judgment affirmed, with costs. Order filed. See 108 N. Y. Supp. 1078.

HARRIS v. WELLS. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Joseph Harris, as trustee, against Arthur Wells. No opinion. Motion to resettle granted, to the extent and on the conditions stated in memorandum.

PER CURIAM. Settle order on notice.

HAYNE v. VAN EPPS. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by Levi Hayne against William E. Van Epps. No opinion. Order settled.

HEFNER, Appellant, v. REINFORCED CEMENT CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Joseph Hefner against the Reinforced Cement Construction Company. No opinion. Motion to open default granted, on condition that the plaintiff perfect his appeal within 10 days, pay $10 costs, and be ready for argument when reached.

HEFTY, Appellant, v. STATEN ISLAND RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Gotlieben Hefty, as administratrix, etc., against the Staten Island Railway Company. No opinion. Motion denied.

HEIDEL, Respondent, v. JURAN, Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by John A. Heidel against Joseph Juran. No opinion. Order affirmed, with $10 costs and disbursements.

HENRY, Respondent, v. ANTHONY, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by John E. Henry, Jr., against Edward J. Anthony, Jr. No opinion. Judgment of the Municipal Court affirmed, with costs.

HERRMAN v. LAEMMLE et al. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Appeal from Appellate Term. Action by James S. Herrman against Joseph Laemmle and others. From a judgment of the Appellate Term, reversing a judgment of the City Court of New York (107 N. Y. Supp. 73), setting aside a verdict in favor of plaintiff and dismissing his complaint on the merits, defendant Laemmle appeals. Affirmed, without opinion. Wm. F. Wund, for appellant. Richard T. Greene, for respondent.

PER CURIAM. Determination affirmed, with costs.

INGRAHAM, J. I dissent, on the ground that by the lease the covenant was to deliver possession in good order at the termination of the term demised. As the surrender terminated the lease and relieved the lessee from its covenants, and no obligation existed, except under the covenants of the lease, and it arose at its termination, the surrender relieved the lessee from liability under the covenants.

HERRMANN v. PENNSYLVANIA R. CO. LURCH v. SAME. BLAKENEY v. SAME. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Actions by Edward Herrmann, as executor, by Charles Lurch, as administrator, and by Laura Blakeney, as executrix, against the Pennsylvania Railroad Company. From orders granting plaintiffs leave to amend their complaints, defendant appeals. Modified and affirmed. N. B. Beecher, for appellant. E. Herrmann, for respondent Herrmann. W. E. Stewart, for respondent Lurch. E. B. Wilson, for respondent Blakeney.

PER CURIAM. The orders appealed from should be respectively modified, by extending the time in which the defendant is permitted to answer until 20 days after service of copy of